**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:26-cr-5(2) |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | District Judge Michael J. Newman |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| | : | |
| JOSHUA HENDERSON, | : | |
| | : | |
| Defendant. | : | |
| | : | |

---

**ORDER RELEASING DEFENDANT**

---

At the hearing of this matter conducted on March 23, 2026, the Court ordered that Defendant be released from the custody of the United States.  Accordingly, and for the reasons set forth on the record at that hearing, the Court hereby **ORDERS** that the United States Marshal immediately release Defendant, subject to any conditions imposed by the Court.

**IT IS SO ORDERED.**


March 23, 2026                                                                     *s/Peter B. Silvain, Jr.*
                                                                                              Peter B. Silvain, Jr.
                                                                                              United States Magistrate Judge